1  **SARA M. PELOQUIN**
   California State Bar No. 254945
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Sara_Peloquin@fd.org

5  Attorneys for Mr. Rueda-Aleman

8              UNITED STATES DISTRICT COURT

9           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,         )   Case No. 08MJ1349
                                     )
12           Plaintiff,               )
                                     )
13 v.                                )
                                     )   **NOTICE OF APPEARANCE**
14 **OMAR RUEDA-ALEMAN,**             )
                                     )
15           Defendant.               )
                                     )

           Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                         Respectfully submitted,

Dated: May 1, 2008                        /s/  *Sara Peloquin*
                                         **SARA M. PELOQUIN**
                                         Federal Defenders of San Diego, Inc.
                                         Attorneys for Mr. Rueda-Aleman

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: May 1, 2008                    /s/ Sara Peloquin
                                      **SARA M. PELOQUIN**
                                      Federal Defenders of San Diego, Inc.
                                      225 Broadway, Suite 900
                                      San Diego, CA  92101-5030
                                      (619) 234-8467  (tel)
                                      (619) 687-2666  (fax)
                                      Sara_Peloquin@fd.org