AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

MAY 27 2008

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| OMAR RUEDA-ALEMAN | CASE NUMBER: 08CR1703-H |

   I, <u>OMAR RUEDA-ALEMAN</u>, the above named defendant, who is accused committing the following offense:

   Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on MAY 27, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X_____
Defendant

_____
Counsel for Defendant

Before_____
JUDICIAL OFFICER