# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs OMAR RUEDA-ALEMAN                          No. 08CR1703-H

The Court finds excludable delay, under the section indicated by check (✓), commenced on __6/26/08__ and ended on __9/22/08__ ; (X7, XT1)

_____ and ended on _____ . (    )

| Code | | Description | Col |
|---|---|---|---|
| 3161(h) (1)(A) | ___ | Exam or hrg for **mental or physical incapacity** | A |
| (1)(B) | ___ | **NARA exam**ination (28:2902) | B |
| (1)(D) | ___ | State or Federal trials or **other charges pending** | C |
| (1)(E) | ___ | **Interlocutory appeals** | D |
| (1)(F) | ___ | **Pretrial motions** (from flg to hrg or other prompt dispo) | E |
| (1)(G) | ___ | **Transfers from other district** (per FRCrP 20, 21 & 40) | F |
| (1)(J) | ___ | **Proceedings under advisement** not to exceed thirty days | G |
|  | ___ | Misc proc: Parole or prob rev, deportation, **extradition** | H |
| (1)(H) | ___ | **Transportation** from another district or to/from examination or hospitalization in ten days or less | 6 |
| (1)(I) | **X** | Consideration by Court of **proposed plea agreement** | **(7)** |
| (2) | ___ | **Prosecution deferred** by mutual agreement | I |
| (3)(A)(B) | ___ | **Unavailability of defendant** or **essential witness** | M |
| (4) | ___ | Period of **mental or physical incompetence** of defendant to stand trial | N |
| (5) | ___ | Period of **NARA commitment or treatment** | O |
| (6) | ___ | **Superseding indictment and/or new charges** | P |
| (7) | ___ | **Defendant awaiting trial of co-defendant** when no severance has been granted | R |
| (8)(A)(B) | ___ | **Continuance**s granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance | T |
| (8)(B)(I) | ___ | 1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. **(Continuance - miscarriage of justice)** | **(T1)** |
|  | **X** | 2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. **(Continuance - tendered a guilty plea)** |  |
| (8)(B)(ii) | ___ | 2) **Case** unusual or **complex** | T2 |
| (8)(B)(iii) | ___ | 3) **Indictment** following arrest **cannot be filed** in thirty (30) days | T3 |
| (8)(B)(iv) | ___ | 4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare **(Continuance re counsel)** | T4 |
| 3161(I) | ___ | Time up to **withdrawal of guilty plea** | U |
| 3161(b) | ___ | **Grand jury indictment time extended** thirty (30) more days | W |

Date __9/22/08__ __6/26/08__                                    __MKS__
                                                          Judge's Initials